UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN O'DELL,<br><br>                      Plaintiff,<br><br>      -against-<br><br>THORNE HEALTHTECH, INC., et al.,<br>                      Defendants. | 23-CV-8246 (JGLC) |
| ANTHONY MORGAN,<br><br>                      Plaintiff,<br><br>      -against-<br><br>THORNE HEALTHTECH, INC., et al.,<br>                      Defendants. | 23-CV-8342 (JGLC) |
| VINCENT DONATACCI,<br><br>                      Plaintiff,<br><br>      -against-<br><br>THORNE HEALTHTECH, INC., et al.,<br>                      Defendants. | 23-CV-8372 (JGLC) |
| ELAINE WANG,<br><br>                      Plaintiff,<br><br>      -against-<br><br>THORNE HEALTHTECH, INC., et al.,<br>                      Defendants. | 23-CV-8375 (JGLC) |

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

As of the date of this Order, no motion for consolidation of the above-captioned cases has been filed, but the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate the cases at this time, pursuant to Rule 42 of the Federal Rules of Civil Procedure, for general pretrial and discovery purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **October 13, 2023**. If no party files a letter opposing consolidation, the Court will consolidate the cases without further notice to the parties.

Dated: October 5, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge